IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON D. ANDERSON,

Plaintiff,

Case No. 3:26-cv-00213-jdp

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

ORDER

This matter is before the Court on the parties' Stipulated Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will: a) give further consideration to the medical source opinion(s) pursuant to the provisions of 20 C.F.R. § 404.1520c.; b) offer Plaintiff the opportunity for a hearing; c) take further action to complete the administrative record resolving the above issues; and d) issue a new decision.

Dated this 1st day of September, 2026.

BY THE COURT:

James D. Peterson
Chief District Judge